IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RONALD D. BLAMEY,

    Petitioner,                    No. 2:13-cv-0714 CKD P

    vs.

RICK HILL, Warden,

    Respondent.             ORDER AND
                                          FINDINGS AND RECOMMENDATIONS
_____/

        Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Petitioner has paid the filing fee.

        The court's records reveal that petitioner has previously filed an application for a writ of habeas corpus attacking the same conviction and sentence challenged in this case. The previous application was filed on June 30, 2004 and was denied on the merits on March 14, 2008. See Blamey v. Carey, No. 2:04-cv-1256 LKK DAD (Dkt. Nos. 1, 48, 49). Before petitioner can proceed with the pending petition he must move in the United States Court of Appeals for the Ninth Circuit for an order authorizing the district court to consider the application. 28 U.S.C. § 2244(b)(3). Therefore, petitioner's application must be dismissed without prejudice to its refiling upon obtaining authorization from the United States Court of Appeals for the Ninth Circuit.

1

In accordance with the above IT IS HEREBY ORDERED that this action be assigned to a district judge.

Further, IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice.

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within fourteen days after being served with these findings and recommendations, petitioner may file written objections with the court.  The document should be captioned "Objections to Magistrate Judge's Findings and Recommendations."  Petitioner is advised that failure to file objections within the specified time may waive the right to appeal the District Court's order.  Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

Dated: May 14, 2013

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

8
blam.0714.success